# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ATLANTIC RECORDING** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:06CV270** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KERI CULLEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Fed. R. Civ. P. 4(m), and for good cause shown,

**IT IS ORDERED** that plaintiffs' Motion for an Extension of Time to Effectuate Service  [9] is granted.  Plaintiffs are given until and including September 10, 2006 to serve the defendant with the Summons and Complaint.

**DATED July 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**