## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV270 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| KERI CULLEN, | ) ) ) | |
| Defendant. | ) | |

The court file shows that this case was filed on March 14, 2006. Plaintiffs were given an extension of time to September 10, 2006 to serve the defendant with the Summons and Complaint. The record contains no showing that the plaintiffs have effected service upon the defendant, and plaintiffs have not requested a further extension of time.

**IT THEREFORE IS ORDERED** that, on or before **November 1, 2006**, plaintiffs shall either: (1) effect service on the defendants and file proof of same with the court or (2) show cause why this case should not be dismissed without prejudice for failure to timely effect service.

**DATED October 12, 2006.**

                                                   **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**