## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ATLANTIC RECORDING, VIRGIN RECORDS AMERICA, ARISTA RECORDS, UMG RECORDINGS, CAPITOL RECORDS, and SONY BMG MUSIC ENTERTAINMENT,** | ) ) ) ) ) ) | CASE NO. 8:06CV270 |
| Plaintiffs, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| **KERI CULLEN,** | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal (Filing No. 13). The Court finds that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I), and that the Notice satisfies the requirements of the Court's Order to Show Cause. (Filing No. 12). For these reasons,

IT IS ORDERED:

1. Plaintiff has satisfied the Order to Show Cause (Filing No. 12);
2. The Notice of Dismissal (Filing No. 13) is approved, and the relief requested therein shall be granted;
3. The Complaint is dismissed without prejudice; and
4. The parties shall pay their own costs and attorney fees.

DATED this 27th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge